**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Richard A. Larson, Jr., | Case No. 26-cv-02085 (LMP/ECW) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Dakota County Jail/Detention Facility, including the Psych Unit; Dakota County Sheriff's Office; City of West St. Paul Defendant; West St. Paul Police Department; Officer Swanson; Erickson; Deputy Hood; John/Jane Does 1-10; and John/Jane Does 11-21, | |
| Defendants. | |

In an order dated April 21, 2026, this Court ordered Plaintiff Richard A. Larson, Jr., to submit an amended complaint in this action that (among other things) complied with the joinder provisions of the Federal Rules of Civil Procedures. (*See* Dkt. 4 at 2-3.) Larson was given until 21 days (that is, until May 12, 2026) to submit an amended complaint, failing which the Court would recommend dismissing this action without prejudice, under Federal Rule of Civil Procedure 41(b), for failure to prosecute. (*Id.* at 4.)

That deadline has now passed, and Larson has not submitted an amended complaint as required by the April 21, 2026 Order. Indeed, Larson has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, in accordance with its prior Order, that this action be dismissed

without prejudice under Rule 41(b) for failure to prosecute.  *See, e.g., Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS RECOMMENDED** that:

1.   This action be **DISMISSED WITHOUT PREJUDICE**, under Federal Rule of Civil Procedure 41(b), for failure to prosecute.

2.   Plaintiff Richard A. Larson, Jr.'s Application to Proceed *In Forma Pauperis* (Dkt. 2) be **DENIED** as moot.

Dated: May 20, 2026

*/s/ Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).