**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RICHARD A. LARSON, JR.,

        Plaintiff,

v.

DAKOTA COUNTY JAIL/DETENTION
FACILITY, INCLUDING THE PSYCH
UNIT; DAKOTA COUNTY SHERIFF'S
OFFICE; CITY OF WEST ST. PAUL;
WEST ST. PAUL POLICE
DEPARTMENT; OFFICER SWANSON;
ERICKSON; DEPUTY HOOD;
JOHN/JANE DOES 1–10; and
JOHN/JANE DOES 11–21,

        Defendants.

Case No. 26-cv-2085 (LMP/ECW)

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court on the May 20, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright which recommends dismissing this action for failure to prosecute under Fed. R. Civ. P. 41(b). *See* ECF No. 5. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

    1.    The R&R (ECF No. 5) is **ADOPTED IN FULL**;

2.      The complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b); and

3.      The Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 2) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 17, 2026

_s/Laura M. Provinzino_
Laura M. Provinzino
United States District Judge

2